**Electronically Filed**
**Supreme Court**
**SCPW-16-0000618**
**21-OCT-2016**
**09:15 AM**

SCPW-16-0000618

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

PRUDENTIAL LOCATIONS, LLC, Petitioner,

vs.

THE HONORABLE KARL K. SAKAMOTO, JUDGE OF THE CIRCUIT COURT
OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent Judge,

and

LORNA GAGNON, PRESTIGE REALTY GROUP LIMITED LIABILITY COMPANY,
RE/MAX LLC and LORRAINE CLAWSON, Respondents.

ORIGINAL PROCEEDING
(CIV. NO. 13-1-2328-08)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Prudential Locations, LLC's petition for writ of mandamus, filed on September 8, 2016, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioners fail to demonstrate that they have a clear and indisputable right to the requested relief or lack alternative means to seek relief at this time. Petitioners, therefore, are not entitled to the requested writ of mandamus.  See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334,

338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 21, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2